FILED

2007 NOV -7 PM 2:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '07 CR 3027 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL CURTIS KOZY (1),<br>ELIZABETH ANN LYONS-HINES (2),<br>Defendants. | Criminal Case No. ____________<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about October 24, 2007, within the Southern District of California, defendants MICHAEL CURTIS KOZY and ELIZABETH ANN LYONS-HINES, did knowingly and intentionally import 50 kilograms and more, to wit: approximately 53.34 kilograms (117.35 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

CJB:em:Imperial
11/7/07

Count 2

On or about October 24, 2007, within the Southern District of California, defendants MICHAEL CURTIS KOZY and ELIZABETH ANN LYONS-HINES, did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 53.34 kilograms (117.35 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: November 7, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney