**JOSEPH M. McMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: Joseph_McMullen@fd.org

Attorneys for Ms. Lyons-Hines

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE LARRY ALAN BURNS**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CURTIS KOZY (1),<br><br>**ELIZABETH ANN LYONS-HINES (2),**<br><br>Defendants. | CASE NO. 07CR3027-LAB<br><br>DATE: December 17, 2007<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>(1) PRECLUDE THE PROSECUTION FROM PROCEEDING UNDER AN AIDING AND ABETTING THEORY ON ANY OF THE COUNTS;<br><br>(2) SEVERE MS. LYONS-HINES' TRIAL FROM MR. KOZY'S TRIAL TO AVOID UNFAIR PREJUDICE;<br><br>(3) COMPEL DISCOVERY / PRESERVE EVIDENCE;<br><br>(4) PRESERVE AND REWEIGH NARCOTICS EVIDENCE;<br><br>(5) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;<br><br>(6) SUPPRESS MS. LYONS-HINES' STATEMENTS PURSUANT TO MIRANDA AND 18 U.S.C. § 3501;<br><br>(7) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on December 17, 2007, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Elizabeth Ann Lyons-Hines, by and through her counsel, Joseph M. McMullen and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Elizabeth Ann Lyons-Hines, by and through her attorneys, Joseph McMullen and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) preclude the prosecution from proceeding under an aiding and abetting theory on any of the counts;

(2) severe Ms. Lyons-Hines' trial from Mr. Kozy's trial to avoid unfair prejudice;

(3) compel discovery / preserve evidence;

(4) preserve and reweigh narcotics evidence;

(5) dismiss the indictment due to misinstruction of the grand jury;

(6) suppress Ms. Lyons-Hines' statements pursuant to Miranda and 18 U.S.C. § 3501;

(7) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: November 26, 2007

*/s/ Joseph M. McMullen*
**JOSEPH M. McMULLEN**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Lyons-Hines