KAREN P. HEWITT
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7035
Luella.Caldito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CURTIS KOZY (1),<br>ELIZABETH ANN LYONS-HINES (2),<br><br>Defendants. | CRIM. CASE NO. 07CR0327-LAB<br><br>DATE: December 17, 2007<br>TIME: 2:00 p.m.<br><br>GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY |

NOTICE OF MOTION

TO: Robert Boyce, counsel for Defendant Michael Curtis Kozy;
Joseph McMullen, counsel for Defendant Elizabeth Lyons-Hines

PLEASE TAKE NOTICE that on Monday, December 17, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States

Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery.

DATED: December 10, 2007.

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

/s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov