**JOSEPH M. McMULLEN**
California Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467 / Fax: (619) 687-2666
E-Mail: Joseph_McMullen@fd.org

Attorneys for Ms. Lyons-Hines

FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL CURTIS KOZY (1),

**ELIZABETH ANN LYONS-HINES (2),**

Defendant.

Case No. 07CR3027-LAB

DATE: December 17, 2007
TIME: 2:00 p.m.

DECLARATION OF JOSEPH M. MCMULLEN IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS OF ELIZABETH ANN LYONS-HINES

Joseph M. McMullen, attorney for Elizabeth Ann Lyons-Hines, states as follows, under penalty of perjury:

1. I am a trial attorney with Federal Defenders of San Diego, Inc., and I am licensed to practice in the State of California, and in the U.S. District Court for the Southern District of California.
2. This declaration is based solely upon the discovery produced by the Government.
3. I have reviewed the video-recorded interrogation of Ms. Lyons-Hines conducted by Special Agents Chad Worgen and Vincent McDonald.
4. Throughout the interview, Ms. Lyons-Hines appears to be under the influence of a mind-altering substance and not conducting herself voluntarily.
5. Special Agent Worgen acknowledges that, prior to the beginning of the recorded interview, Ms. Lyons-Hines was inclined to invoke her constitutional rights.
6. Approximately four minutes and twenty-nine seconds into the recording, Special Agent Worgen tells Ms. Lyons-Hines, "You mentioned before you were worried about your rights."

7. Nonetheless, approximately seven minutes and thirty-nine seconds into the recording, Ms. Lyons-Hines blurts out, "All I know is that I smoked gas."

8. Despite clear signs of Ms. Lyons-Hines severe narcotic intoxication, the Agents tell her to just read the Miranda waiver form and then obtain her signature.

9. Thereafter, she is interrogated and makes inculpatory statements.

10. The Imperial County Sheriff's Department Pre-Entry Health Screen form indicates that after Ms. Lyons-Hines made her statement, the Medical Unit was contacted and a Medical Intake Triage Sheet had to be completed.

11. The nature of the Triage Medical Treatment has not been disclosed.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Respectfully submitted,

DATED: December 17, 2007

**JOSEPH M. McMULLEN**
Declarant