UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL CURTIS KOZY (1),<br>**ELIZABETH ANN LYONS-HINES (2),**<br>Defendant. | CASE NO. 07CR3027-LAB<br><br>ORDER TO PRESERVE EVIDENCE |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The Government preserve the following evidence during the pendency of this case: the vehicle seized in this case, any and all of the vehicle's parts, including those which may have been removed or taken off the body of the vehicle, all of the contents of the vehicle and any personal effects taken from Mr. Kozy and Ms. Lyons-Hines. Further, that all Government agencies and private contractors having custody of such evidence be notified of this preservation order and that defense counsel and/or their agents and investigators be granted access to the vehicle.

**SO ORDERED.**

DATED: December 27, 2007

HONORABLE LARRY ALAN BURNS
United States District Judge