# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Elizabeth Ann Lyons-Hines No. 07cr3027-LAB

HON. Louisa S. Porter Tape No. POR07-1:15:15-15:17 (2m)

Asst. U.S. Attorney Luella Caldito PTSO N/A

| Atty | | | | | | # | Status |
|---|---|---|---|---|---|---|---|
| Joe McMullen, FD | X Apt | Ret | for | Lyons-Hines | | (2) | (C) |
| | Apt | Ret | for | | | ( ) | ( ) |
| | Apt | Ret | for | | | ( ) | ( ) |
| | Apt | Ret | for | | | ( ) | ( ) |
| | Apt | Ret | for | | | ( ) | ( ) |
| | Apt | Ret | for | | | ( ) | ( ) |
| | Apt for Material Witness(es) | | | | | | |

PROCEEDINGS: ____ In Chambers X In Court ____ By Telephone

Govt's oral motion to dismiss Indictment without prejudice - Granted
Case Dismissed as to Elizabeth Ann Lyons-Hines only without prejudice
Abstract issued to USM

Date 01/08/2008

R. F. Messig
Deputy's Initials